1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Maria L. Solis Mora
6

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10 MARIA L. SOLIS MORA,              ) Case No.: 2:14-cv-07511-DTB
                                     )
11                                   ) {PROPOSED} ORDER AWARDING
          Plaintiff,                 ) EQUAL ACCESS TO JUSTICE ACT
12                                   ) ATTORNEY FEES PURSUANT TO
      vs.                            ) 28 U.S.C. § 2412(d)
13 CAROLYN W. COLVIN, Acting         )
   Commissioner of Social Security,  )
14                                   )
                                     )
15        Defendant                  )
                                     )
16

17
        Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, Costs, and Expenses:
19
        IT IS ORDERED that fees in the amount of $4,000 as authorized by 28
20
   U.S.C. § 2412, be awarded subject to the terms of the Stipulation.
21

22 DATE:     October 13, 2015

23                                   _____
                                     THE HONORABLE DAVID T. BRISTOW
24                                   UNITED STATES MAGISTRATE JUDGE

25

26

-1-